**Julia C. KEKENES et al., Executors of the Estate of Peter E. Kekenes, Deceased, Appellants,**

v.

**Martin J. McNAMARA, Jr., Appellee.**

**No. 12254.**

United States Court of Appeals, District of Columbia Circuit.

Argued Jan. 18, 1955.

Decided Jan. 27, 1955.

Mr. Milford F. Schwartz, Washington, D. C., with whom Mr. Burton J. Reiner, Washington, D. C., was on the brief, for appellants.

Mr. Martin J. McNamara, Jr., Washington, D. C., pro se.

Before EDGERTON, PRETTYMAN and FAHY, Circuit Judges.

PER CURIAM.

Appellants complain that the District Court awarded a fee of $1,500 to a guardian *ad litem* who asked only for $800. He had been appointed to protect the interest of an incompetent in an estate of some $400,000. We find no error or abuse of discretion.

Affirmed.

**Dorothea C. PATTEE, Appellant,**

v.

**The RIGGS NATIONAL BANK OF WASHINGTON, D. C., as Executor and Trustee under the last Will and Testament of Dorothy Webb Cruger, deceased, et al., Appellees.**

**No. 12394.**

United States Court of Appeals, District of Columbia Circuit.

Argued Jan. 18, 1955.

Decided Jan. 27, 1955.

Mr. Newell A. Clapp, with whom Mr. Carleton A. Harkrader, Washington, D. C., was on the brief, for appellant.

Mr. George E. Monk, with whom Mr. Nelson T. Hartson, Washington, D. C., was on the brief, for appellee The Riggs Nat. Bank of Washington, D. C. Mr. Richard L. Walsh, Washington, D. C., Guardian ad litem for appellees Alexandra Cruger, unborn issue of Dorothea C. Pattee and Alexandra Cruger, respectively, and Richard S. Pattee III, infant.

Before EDGERTON, PRETTYMAN, and FAHY, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of Judge Tamm. Pattee v. Riggs National Bank of Washington, D. C., 124 F.Supp. 552.

Affirmed.